IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ROBERTS-OBAYASHI CORP., | No. C 05-02079 MJJ |
| Plaintiff, | **ORDER** |
| v. | |
| STEADFAST INSURANCE COMPANY, et al. | |
| Defendants. | |

    The Court is in receipt of Plaintiff James E. Roberts-Obayashi's request to appoint a special master in this case. Appointment of a pretrial special master is limited to matters that cannot be addressed effectively and in a timely fashion by an available district judge or magistrate judge of the district. FED. R. CIV. P. 53(a)(1)(C). In appointing a master, the court must consider the fairness of imposing the likely expenses on the parties and must protect against unreasonable expense or delay. FED. R. CIV. P. 53(a)(3). The appointment of masters to participate in pretrial proceedings has developed extensively over the last two decades as some district courts have felt the need for additional help in managing complex litigation. *Id.* (2003 advisory committee notes). Rule 53 was amended to confirm the authority to appoint—and to regulate the use of—pretrial masters. *Id.* A pretrial master should be appointed only when the need is clear. *Id.*

    The Court finds that there are no exceptional conditions which require the appointment of a special master in this case. Accordingly, Plaintiff's request is **DENIED**.

**IT IS SO ORDERED.**



Dated: June _29___, 2005

/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28