E-FILED

| | |
|---|---|
| LINDA WENDELL HSU | (SBN 162971) |
| JAMES R. TENERO | (SBN 201023) |

SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
E-Mail:    Lhsu@Selmanbreitman.com
E-Mail:    Jtenero@Selmanbreitman.com

Attorneys for Defendant
STEADFAST INSURANCE COMPANY

FILED

NOV 1 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

JAMES E. ROBERTS-OBAYASHI
CORPORATION, a corporation,

    Plaintiff,

v.

STEADFAST INSURANCE COMPANY, a
corporation, and DOES 1 through
5, inclusive,

    Defendants.

CASE NO. C 05 02079 MJJ

STIPULATION AND [PROPOSED] ORDER
FOR MODIFICATION OF ORDER
IMPOSING FILING DEADLINE FOR
PLAINTIFF'S SECOND AMENDED
COMPLAINT

Judge:    Hon. Martin J. Jenkins
Dept.:    Ctrm. 11, 19th Floor

    Pursuant to Local Rules 6-2 and 7-12, the parties hereby submit the following Stipulation and [Proposed] Order:

    1.    On October 20, 2005 this Court issued an Order Granting Defendant's Motion to Dismiss With Leave to Amend, providing plaintiff JAMES E. ROBERTS-OBAYASHI CORPORATION thirty (30) days within which to file and serve its Second Amended Complaint adding real parties in interest as parties to this action.

    2.    Pursuant to that Order the deadline in which plaintiff

1

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF ORDER IMPOSING FILING
DEADLINE FOR PLAINTIFF'S SECOND AMENDED COMPLAINT  - C 05 02079 MJJ

97896.1 465.19511

1  must file its Second Amended Complaint is November 21, 2005.

2     3.   The parties now jointly request that the Order be
3  modified for the following reason:

4     The parties to this action are engaged in meaningful
5  settlement discussions which, if successful, obviate the need for
6  plaintiff to file a Second Amended Complaint.

7     4.   Due to the above circumstances the parties now request
8  that this court's Order of October 20, 2005 be amended to provide
9  plaintiff an additional thirty (30) days within which to serve
10 and file its Second Amended Complaint, imposing upon plaintiff a
11 new filing and service deadline of December 21, 2005.

12    5.   No other time modifications have occurred in this case,
13 and the parties not aware of any further modifications that would
14 occur as a result of this stipulated request.

15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28    IT IS SO STIPULATED:

97896.1 465.19511

2
STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF ORDER IMPOSING FILING
DEADLINE FOR PLAINTIFF'S SECOND AMENDED COMPLAINT - C 05 02079 MJJ

Selman Breitman LLP
ATTORNEYS AT LAW

Case 3:05-cv-02079-MJJ   Document 43   Filed 11/16/05   Page 3 of 3

11/10/2005 17:47 FAX 510 485 4545   McINERNEY/DILLON                         ☒002
         Case 3:05-cv-02079-MJJ   Document 39   Filed 11/14/2005   Page 3 of 3
11/10/2005 17:45 FAX  415 979 2009   SELMAN BREITMAN SF                      ☒004/007

```
 1
 2  DATED: November 10, 2005    McINERNEY & DILLON
 3
 4                              By: _____
 5                                  TIMOTHY F. WINCHESTER (SBN 54826)
                                    Attorneys for Plaintiff
 6                                  JAMES E. ROBERTS-OBAYASHI
                                    CORPORATION
 7
 8  DATED: November 10, 2005    SELMAN BREITMAN LLP
 9
10                              By: _____
                                    LINDA WENDELL HSU    (SBN 162971)
11                                  JAMES R. TENERO      (SBN 201023)
                                    Attorneys for Defendant
12                                  STEADFAST INSURANCE COMPANY
13
14       PURSUANT TO STIPULATION, IT IS SO ORDERED:

15           NOV 1 6 2005
16  Dated: _____     _____
                                Martin J. Jenkins
17                              UNITED STATES DISTRICT COURT JUDGE
18
```

Selman Breitman LLP
ATTORNEYS AT LAW

97896.1 465.19511

3

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF ORDER IMPOSING FILING
DEADLINE FOR PLAINTIFF'S SECOND AMENDED COMPLAINT — C 05 02079 MJJ