1  LINDA WENDELL HSU   (SBN 162971)
   JAMES R. TENERO    (SBN 201023)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099
   E-Mail:   Lhsu@Selmanbreitman.com
5  E-Mail:   Jtenero@Selmanbreitman.com

6  Attorneys for Defendant
   STEADFAST INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 JAMES E. ROBERTS-OBAYASHI          CASE NO. C 05 02079 MJJ
   CORPORATION, a corporation,
12                                    **STIPULATION AND [PROPOSED] ORDER
              Plaintiff,              CONTINUING MANDATORY CASE
13                                    MANAGEMENT CONFERENCE FOR 90 DAYS
       v.                             TO JUNE 13, 2006**
14                                              06
   STEADFAST INSURANCE COMPANY, a     Judge:   Hon. Martin J. Jenkins
15 corporation, and DOES 1 through    Dept.:   Ctrm. 11, 19th Floor
   5, inclusive,
16
              Defendants.
17

18

19

20      Pursuant to the Local Rules of Practice in Civil Proceedings

21 before the United States District Court for the Northern District

22 of California, Civil Local Rules 6-2 and 7-12, the parties, by

23 and through their counsel of record, hereby submit the following

24 Stipulation and [Proposed] Order:

25      1.   On December 13, 2005, a Case Management Conference was

26 held before the Honorable Martin J. Jenkins in Courtroom 11 of

27 the above-entitled District Court;

28      2.   During the Case Management Conference, counsel for the

1

Selman Breitman LLP
ATTORNEYS AT LAW

03/08/2006 11:24 FAX 510 465 8556     MCINERNEY/DILLON     Case3:05-cv-02079-MJJ Document 50 Filed 03/08/2006 Page 2 of 3     ☑002/002

03/08/2006 10:23 FAX 415 979 2009     SELMAN BREITMAN SF     ☑003/004

1  parties advised that the underlying *Old Town Square* matter was
2  ordered to a settlement conference, and that the parties to this
3  action believe the insurance coverage issues will be resolved
4  during that same settlement conference;

5      3.    The parties advised that they believe the settlement
6  conference in the *Old Town Square* matter will take place within
7  the next ninety (90) days;

8      4.    Pursuant to this Court's request, the parties filed a
9  signed stipulation to continue the Case Management Conference to
10  March 14, 2006.  The signed stipulation was filed on December 21,
11  2005;

12      5.    On March 8, 2006, this Court advised that the March 14,
13  2006 Case Management Conference had inadvertently not been
14  scheduled, and requested that the parties submit a second
15  stipulation for an additional 90-day continuance of the Case
16  Management Conference; and

17      6.    The parties therefore request and renew their request
18  that the Court continue this Case Management Conference for
19  ninety (90) days until June 13, 2006 at 2:00 p.m., before the
20  Honorable Martin J. Jenkins in Courtroom 11 of this Court.

21      IT IS SO STIPULATED:

22

23  DATED: March 8, 2006        McINERNEY & DILLON

24                      By:                                                            
25                                    TIMOTHY F. WINCHESTER (SBN 54826)
26                                    Attorneys for Plaintiff
                                  JAMES E. ROBERTS-OBAYASHI
                                  CORPORATION

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

99747.1 465.19511

2

STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY CASE MANAGEMENT
CONFERENCE FOR 90 DAYS TO JUNE 13, 2006 - C05-02079MJJ

DATED: March 8, 2006          SELMAN BREITMAN LLP

                              By: _____
                                  LINDA WENDELL HSU    (SBN 162971)
                                  JAMES R. TENERO      (SBN 201023)
                                  Attorneys for Defendant
                                  STEADFAST INSURANCE COMPANY


PURSUANT TO THE ABOVE-STATED STIPULATION, IT IS SO ORDERED:


Dated:   3/8/2006            _____
                              Martin J. Jenkins
                              UNITED STATES DISTRICT COURT JUDGE

3
STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY CASE MANAGEMENT
CONFERENCE FOR 90 DAYS TO JUNE 13, 2006 - C05-02079MJJ